**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| **IN RE:** | **CASE: A26-63894-PWB** |
| **MARK E HUGHES** | **CHAPTER 13** |
| | **JUDGE PAUL W. BONAPFEL** |
| **Debtor.** | |

**<u>Motion to Dismiss Pursuant to 11 U.S.C. § 109(h)</u>**

COMES NOW, K. EDWARD SAFIR, Standing Chapter 13 Trustee herein, and files this his Motion to Dismiss Case, respectfully showing the Court the following.

1.

The Debtor filed for relief under Chapter 13 of Title 11 on October 14, 2026.

2.

Section 109(h), as added to the United States Bankruptcy Code by the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005, requires that an individual obtain credit counseling within the 180-day period preceding the date of filing in order to be eligible for relief under Title 11 of the United States Code. 11 U.S.C. § 109(h).

3.

The above-referenced counseling must be obtained from a nonprofit budget and credit counseling agency approved by the United States Trustee and a certificate from the approved agency that provided the credit counseling must be filed with the Court. 11 U.S.C. §§ 111 and 521(b).

4.

Section 109(h)(3) provides a waiver of the credit counseling requirement to individuals with exigent circumstances. 11 U.S.C. § 109(h)(3). To obtain this waiver, an individual must file a certification with the Court that:

i. describes the exigent circumstances that merit a waiver;

ii. states that he or she requested credit counseling services from an approved credit counseling agency, but was unable to obtain said services during the five-day period beginning on the date on which he or she made the request; and

iii. is satisfactory to the Court.

5.

According to the Court's docket, neither a certificate from an approved agency nor a certificate of exigent circumstances has been filed with the Court.

WHEREFORE, based on the foregoing, the Trustee respectfully requests the Court inquire into the foregoing, dismiss the instant case pursuant to 11 U.S.C. §§ 105(a) and 109(h); or in the alternative, convert this case to one under Chapter 7.

Dated: November 04, 2026

Respectfully submitted,

_/s/____________________________

Brandi L. Kirkland, Esq.
for the Chapter 13 Trustee
GA Bar No. 423627
285 Peachtree Center Ave, Suite 1600
Atlanta, GA 30303-1229
(404) 525-1110
brandik@atlch13tt.com

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

**IN RE:** **CASE: A26-63894-PWB**

**MARK E HUGHES** **CHAPTER 13**

**JUDGE PAUL W. BONAPFEL**

**Debtor.**

**NOTICE OF TRUSTEE'S MOTION TO DISMISS,**
**DEADLINE TO OBJECT AND HEARING**

**The Chapter 13 Trustee** has filed a **Motion to Dismiss** on **November 04, 2026**. Pursuant to Fifth Amended and Restated General Order No. 24-2018, the Court may consider this matter without further notice or hearing if no party in interest files a response or objection within **twenty-one (21) days** from the date of service of this notice. **If you object to the relief requested in this pleading, you must timely file your objection with the Bankruptcy Clerk** at Clerk, U.S. Bankruptcy Court, Suite 1340, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303, and serve a copy on the **Chapter 13 Trustee, K. Edward Safir, 285 Peachtree Center Ave, Suite 1600, Atlanta, GA 30303-1229** and any other appropriate persons by the objection deadline. The response or objection must explain your position and be actually received by the Bankruptcy Clerk within the required time.

A hearing on the pleading has been scheduled for **December 16, 2026.** The Court will hold a hearing on the **Motion to Dismiss** at **10:00 AM** on **December 16, 2026** in **Courtroom 1401, United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, GA, 30303**, which must be attended in person, unless the Court orders otherwise.

If an objection or response is timely filed and served, the hearing will proceed as scheduled. **If you do not file a response or objection within the time permitted, the Court may grant the relief requested without further notice and without holding the scheduled hearing** provided that an order approving the relief requested is entered at least one business day prior to the scheduled hearing. If no objection is timely filed, but no order is entered granting the relief requested at least one business day prior to the scheduled hearing, the hearing will be held

as scheduled.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

Dated: November 04, 2026

Respectfully submitted,

_/s/____________________________
Brandi L. Kirkland, Esq.
for the Chapter 13 Trustee
GA Bar No. 423627
285 Peachtree Center Ave, Suite 1600
Atlanta, GA 30303-1229
(404) 525-1110
brandik@atlch13tt.com

A26-63894-PWB

**CERTIFICATE OF SERVICE**

I hereby certify that on this day I electronically filed the foregoing pleading using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

I further certify that on this day I caused a copy of this document to be served via first-class United States mail, postage prepaid, on the following parties at the address shown for each:

MARK E HUGHES
356 MICA TRAIL
RIVERDALE, GA 30296

Dated: November 04, 2026

Respectfully submitted,

_/s/______________________________
Brandi L. Kirkland, Esq.
for the Chapter 13 Trustee
GA Bar No. 423627
285 Peachtree Center Ave, Suite 1600
Atlanta, GA 30303-1229
(404) 525-1110
brandik@atlch13tt.com